Certificate Number: 15317-PAW-DE-033405402

Bankruptcy Case Number: 19-10694



15317-PAW-DE-033405402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 12, 2019</u>, at <u>7:58</u> o'clock <u>PM PDT</u>, <u>Michael E Ritchey</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>September 12, 2019</u>              By:   <u>/s/Marissa Bartolome</u>

Name:   <u>Marissa Bartolome</u>

Title:   <u>Counselor</u>