Certificate Number: 15317-PAW-DE-033405551

Bankruptcy Case Number: 19-10694



15317-PAW-DE-033405551

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2019, at 8:43 o'clock PM PDT, Laura L Ritchey completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    September 12, 2019            By:    /s/Glenn Crisostomo

                                        Name:  Glenn Crisostomo

                                        Title: Counselor