**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael E. Ritchey** | Social Security number or ITIN  **xxx−xx−8552** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laura L. Ritchey** | Social Security number or ITIN  **xxx−xx−2321** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19−10694−TPA**

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael E. Ritchey
aka Mike E. Ritchey

Laura L. Ritchey

10/16/19

**By the court:**   Thomas P. Agresti
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10694-TPA
Michael E. Ritchey                                              Chapter 7
Laura L. Ritchey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: admin                Page 1 of 2              Date Rcvd: Oct 16, 2019
                               Form ID: 318               Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
```
db/jdb         +Michael E. Ritchey,    Laura L. Ritchey,    47 McNany Road,    Knox, PA 16232-4535
15085222       +Carvana, LLC,    PO Box 29002,    Phoenix, AZ 85038-9002
15085229       +Citibank, N.A.,    330 Madison Avenue,    42nd Street,    New York, NY 10017-5001
15085230        Discover Bank - Discover Card,    PO Box 742655,    Cincinnati, OH 45274-2655
15085232        Discover Student Loans,    PO Box 6107,    Carol Stream, IL 60197-6107
15085233        Disney Rewards - Visa Card,    Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
15085236       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
15085234        FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
15085235       +First Bankcard,    Best Western Rewards,    PO Box 557,    Omaha, NE 68101
15085243       +Lending Club,    595 Market Street,    suite 200,    San Francisco, CA 94105-2807
15085247       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
15085248        PNC Bank Mortgage Services,    P.O. Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:35      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Oct 17 2019 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15085214       +EDI: AMEREXPR.COM Oct 17 2019 07:23:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
15085213        EDI: AMEREXPR.COM Oct 17 2019 07:23:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
15087521        EDI: BECKLEE.COM Oct 17 2019 07:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
15085216        EDI: BANKAMER.COM Oct 17 2019 07:23:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
15085218        EDI: TSYS2.COM Oct 17 2019 07:23:00      Barclays - Upromiose,    PO Box 13337,
                 Philadelphia, PA 19101-3337
15085219       +EDI: TSYS2.COM Oct 17 2019 07:23:00      Barclays Bank of Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
15085220        EDI: WFNNB.COM Oct 17 2019 07:23:00      Buckle,    PO Box 659704,    San Antonio, TX 78265-9704
15085221        EDI: CAPITALONE.COM Oct 17 2019 07:23:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
15085223        EDI: CHASE.COM Oct 17 2019 07:23:00      Chase,    PO Box 15123,    Wilmington, DE 19850-5123
15085228        EDI: CITICORP.COM Oct 17 2019 07:23:00      Citi Cards,    PO Box 6062,
                 Sioux Falls, SD 57117-6062
15085224       +EDI: CITICORP.COM Oct 17 2019 07:23:00      Citi Cards,    Box 6241,    Sioux Falls, SD 57117-6241
15085227       +EDI: CITICORP.COM Oct 17 2019 07:23:00      Citi Cards,    Box 6500,    Sioux Falls, SD 57117-6500
15085237       +EDI: CHASE.COM Oct 17 2019 07:23:00      JPMCB Card Services,    PO Box 15369,
                 Wilmington, DE 19850-5369
15085240        E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 17 2019 03:56:21      Key Bank,    PO Box 94722,
                 Cleveland, OH 44101-4722
15085239       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 17 2019 03:56:21      Key Bank,
                 4910 Tiedeman Road,    Client Services,    Cleveland, OH 44144-2338
15085241        E-mail/Text: bncnotices@becket-lee.com Oct 17 2019 03:54:54      Kohl's Credit Card,
                 PO Box 2983,    Milwaukee, WI 53201-2983
15085242       +E-mail/Text: bk@lendingclub.com Oct 17 2019 03:56:36      Lending Club,    71 Stevenson Street,
                 Suite 300,    San Francisco, CA 94105-2985
15085244        EDI: RMSC.COM Oct 17 2019 07:23:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
15085245        E-mail/Text: camanagement@mtb.com Oct 17 2019 03:55:04      M & T Bank,    PO Box  900,
                 Millsboro, DE 19966
15085246        E-mail/Text: camanagement@mtb.com Oct 17 2019 03:55:04      M & T Bank,    PO Box 64679,
                 Baltimore, MD 21264-4679
15085249        EDI: RMSC.COM Oct 17 2019 07:23:00      SYNCB/WAL-MART,    PO Box 965024,
                 Orlando, FL 32896-5024
15086257       +EDI: RMSC.COM Oct 17 2019 07:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15085251        EDI: RMSC.COM Oct 17 2019 07:23:00      Synchrony Bank / Amazon,    ATTN: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
15085252        EDI: RMSC.COM Oct 17 2019 07:23:00      Synchrony Bank / JC Penney,
                 ATTN: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
15085254        EDI: RMSC.COM Oct 17 2019 07:23:00      WALMART MASTERCARD/SYNCB,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 27
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              KeyBank, N.A., s/b/m to First Niagara Bank, N.A.
cr              PNC BANK NATIONAL  ASSOCIATION
```

```
District/off: 0315-1          User: admin              Page 2 of 2             Date Rcvd: Oct 16, 2019
                              Form ID: 318             Total Noticed: 39

cr*              American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern, PA  19355-0701
15085215*       +American Express,    PO Box 981537,   El Paso, TX 79998-1537
15085217*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
15085226*       +Citi Cards,    Box 6241,   Sioux Falls, SD 57117-6241
15085225*        Citi Cards,   PO Box 6241,   Sioux Falls, SD 57117-6241
15085231*        Discover Bank - Discover Card,   PO Box 742655,   Cincinnati, OH 45274-2655
15085238*       +JPMCB Card Services,    PO Box 15369,   Wilmington, DE 19850-5369
15085250*        SYNCB/WAL-MART,    PO Box 965024,   Orlando, FL 32896-5024
15085253*        Synchrony Bank / JC Penney,    ATTN: Bankruptcy Department,   PO Box 965060,
                  Orlando, FL 32896-5060
15085255*        WALMART MASTERCARD/SYNCB,    PO Box 960024,   Orlando, FL 32896-0024
                                                                                              TOTALS: 2, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A., s/b/m to First Niagara Bank, N.A.
               PitEcf@weltman.com,   PitEcf@weltman.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Stephen William French    on behalf of Joint Debtor Laura L. Ritchey sfrenchesq@yahoo.com,
               lmaxwell@clarionattorneys.com
              Stephen William French    on behalf of Debtor Michael E. Ritchey sfrenchesq@yahoo.com,
               lmaxwell@clarionattorneys.com
              Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                              TOTAL: 6
```