**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael E. Ritchey
aka Mike E. Ritchey
Laura L. Ritchey**
   Debtor(s)

Bankruptcy Case No.: 19–10694–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: November 6, 2019

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael E. Ritchey  
Laura L. Ritchey  
       Debtors

Case No. 19-10694-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                     Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db/jdb         +Michael E. Ritchey,    Laura L. Ritchey,    47 McNany Road,    Knox, PA 16232-4535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:  
          Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A., s/b/m to First Niagara Bank, N.A.  
           PitEcf@weltman.com, PitEcf@weltman.com  
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Stephen William French    on behalf of Joint Debtor Laura L. Ritchey sfrenchesq@yahoo.com,  
           lmaxwell@clarionattorneys.com  
          Stephen William French    on behalf of Debtor Michael E. Ritchey sfrenchesq@yahoo.com,  
           lmaxwell@clarionattorneys.com  
          Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com  
                                                                           TOTAL: 6